```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TARA I. ALLEN, Bar #235549
    Staff Attorney
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    RANDALL L. GRAHAM
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,    )   CR. S-07-150-KJM
                                 )
11              Plaintiff,       )   AMENDED STIPULATION AND ORDER
                                 )
12       v.                      )   Date:  July 26, 2007, 2007
                                 )   Time:  10:00 a.m.
13  RANDALL L. GRAHAM,           )   Judge: Kimberly J. Mueller
                                 )
14              Defendant.       )
                                 )
15  _____ )
```

16

17      The United States of America, through MATTHEW C. STEGMAN,

18 Assistant United States Attorney, together with defendant, RANDALL L.

19 GRAHAM by and through his counsel TARA I. Allen of the Federal

20 Defenders Office, stipulate that a change of plea hearing set for July

21 12, 2007, at 10:00 a.m. now be rescheduled for Thursday, July 26, 2007

22 at 10:00 a.m.  Mr. Graham had missed his shuttle to the bus station

23 /////

24 /////

25 /////

26 /////

27 /////

28 /////

this morning and was unable to appear in court on July 12, 2007.  He had no other means of transportation.  All parties agree that the warrant for Mr. Graham will be recalled.

Dated: July 12, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Tara I. Allen
_____
TARA I. ALLEN
Staff Attorney
Attorney for Defendant
RANDALL L. GRAHAM

Dated:  July 12, 2007

MCGREGOR W. SCOTT
United States Attorney

/s/ Heiko Coppola for
_____
MATTHEW STEGMAN
Assistant U.S. Attorney

**O R D E R**

IT IS HEREBY ORDERED, that the change of plea hearing will now be set for Thursday, July 26, 2007 at 10:00 a.m.

IT IS SO ORDERED.

Dated:  July 16, 2007.

_____
U.S. MAGISTRATE JUDGE