PROB 35A

**ORDER TERMINATING TERM OF SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE - NOTICE OF DEATH**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:07CR000150** |
| ) | |
| **Randall Lee GRAHAM** ) | |
| ) | |

On October 4, 2007, the above-named was placed on Supervised Release for a period of 12 months.

On April 20, 2008, this office was notified by the releasee's mother and the Yuba County Corners office that the releasee was confirmed dead by Yuba County Health Department on April 20, 2008 (copy of the notification is on file).  It is accordingly recommended this case be closed.

Respectfully submitted,

/s/ Michael A. Sipe

**MICHAEL A. SIPE
Senior United States Probation Officer**

Dated:   July 14, 2008
         Roseville, California
         MAS/mas

**REVIEWED BY:**   /s/ Richard A. Ertola
                **RICHARD A. ERTOLA
                Supervising United States Probation Officer**

1

Rev. 05/2007
EARLY TERMINATION ~ ORDER (DEATH) (PROB35A).MRG

Re:     **Randall Lee GRAHAM**
        **Docket Number:   2:02CR000150**
        **ORDER TERMINATING TERM OF SUPERVISED RELEASE**
        **PRIOR TO EXPIRATION DATE - NOTICE OF DEATH**

---

### ORDER OF COURT

It appearing that Releasee, Randall Lee Graham is deceased, it is hereby ordered the proceedings in this case be terminated and the case closed.

July 18, 2008
**Date**

*/s/ Kimberly J. Mueller*
**KIMBERLY J. MUELLER**
**United States Magistrate Judge**

(Notification copy on file)

cc:     AUSA - Ben Sandal, certified law student
        FLU Unit - United States Attorney's Office
        Fiscal Clerk - Clerk's Office
        Restitution Accounts - Victims